# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ARTUK, INC.,

       Plaintiff/Counterdefendant,

v.

                                                    Case No.: 1:13-CV-03811

AKT CORPORATION,

       Defendant,

FRANZ K. SCHOENECKER,

       Defendant/Counterplaintiff,

v.

ARTHUR P. SCHUELER and
PLASTICS TECHNOLOGIES, INC.,

       Counterdefendants.

## DEFENDANTS/COUNTERPLAINTIFFS NOTICE OF MOTION AND MOTION FOR AN ORDER TO HOLD PLAINTIFFS AND COUNTERDEFENDANTS IN CONTEMPT AND FOR ENTRY OF JUDGMENT

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 2, 2014 at 9:00 a.m., Defendant AKT Corporation and Defendant/Counterplaintiff Franz K. Schoenecker, by and through his attorneys, Meissner Tierney Fisher & Nichols, S.C., will move this Court, the Honorable James F. Holderman presiding, at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for an Order to Hold Plaintiffs/Counterdefendants Plaintiff/Counterdefendants, Artuk, Inc., Arthur P. Schueler and Plastic Technologies, Inc. (hereinafter collectively "Schueler") in contempt for failure to comply with this Court's September 16, 2014 Order.  In addition, Schoenecker respectfully requests that this Court enter judgment against Schueler in the amount $769,035.00 – the amount due at closing if closing were held on September 30, 2014.

**MOTION**

In support of this Motion, Schoenecker submits the following:

1. On August 7, 2014, this Court issued an Order adopting the June 6, 2014 Report and Recommendation of Magistrate Judge Valdez, and granted Schoenecker's Motion to Enforce the October 2, 2013 settlement of this action. *(Dckt. No. 122).*

2. On September 16, 2014, this Court denied Schueler's "Motion to Enforce the Entire Settlement." During argument on that Motion, this Court ordered that the closing, pursuant to the October 2, 2013 settlement agreement, shall be completed by September 30, 2014. *(Dckt. No. 127).*

3. At hearing on September 16, 2014, this Court noted that if no closing takes place on September 30, 2014, then he will consider Schoenecker's Rule 11 Motion, and also consider (1) an Order for Contempt for failure to comply with the settlement agreement, and (2) entry of judgment. *(Dckt. No. 128 at 14:1-15).*

4. On September 17, 2014, Schoenecker provided Schueler with all documents needed to close the transaction. Included in that package was a calculation of the amounts due and owing at the September 30, 2014 transaction. A true and correct copy of said calculation is attached hereto and incorporated herein as **Exhibit A.** Per those calculations the amount due at closing is $769,035.00, which includes:

    a. $600,000.00 – the Stock Purchase Price under the terms of the settlement;

    b. $8,333.00 – the first installment of the Consulting Agreement; and

    c. $160,701.00 – the amount for division of profits as specified in the settlement agreement.

5. Schueler has not disputed the amounts due and owing at closing on September 30, 2014.

6. On September 25, 2014, Schueler filed a Motion before this court, set to be heard on September 30, 2014, "to request assistance to resolve such issue, or issues, as may be preventing

consummation of the Settlement Agreement that is being enforced in the cause." The Motion does not specify the issues to be addressed.

7. Based on the foregoing, it is apparent that Schueler has no intention of complying with this Court's September 16, 2014 Order.

**WHEREFORE**, based on the foregoing, Schoenecker respectfully requests that this Court issue an Order holding Plaintiff/Counterdefendants, Artuk, Inc., Arthur P. Schueler and Plastic Technologies, Inc. in contempt for failing to comply with the September 16, 2014 Order, and further award judgment in favor of Defendant AKT Corporation and Defendant/Counterplaintiff Franz K. Schoenecker and against Plaintiff/Counterdefendants, Artuk, Inc., Arthur P. Schueler and Plastic Technologies, Inc. in the amount of $769,035.00. Schoenecker further respectfully requests that this Court award Schoenecker costs and attorney fees, and such other relief that may be just and equitable in the circumstances.

Dated this 26th day of September 2014.

**MEISSNER TIERNEY FISHER & NICHOLS S.C.**

/s/ Mark D. Malloy
Mark D. Malloy
**Attorney for Franz K. Schoenecker and AKT Corporation**

**Mailing Address:**
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Telephone: (414)-273-1300
Fax: (414) 273-5840
E-mail: mdm@mtfn.com

1414613.1